IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREME WARNER, | : | |
|     Plaintiff, | : | 2:21-cv-2104-JMY |
| | : | |
| vs. | : | |
| | : | |
| KAMINSKY LAW LLC and | : | |
| ANTON KAMINSKY ESQ., | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 31st day of January, 2022, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (ECF NO. 2) and Motion for Sanctions Pursuant to Rule 11 (ECF No. 6), and all papers submitted in support thereof and in opposition thereto, it is hereby ORDERED that for the reasons set forth in the accompanying Memorandum:

1. The Motion to Dismiss for Failure to State a Claim filed by Defendants shall be GRANTED, and all allegations in Plaintiff's Complaint shall be dismissed from this action without leave to amend;

2. The Motion for Sanctions Pursuant to Rule 11 filed by Defendants shall be DENIED; and

3. The Clerk of Court is DIRECTED to mark this matter CLOSED.

IT IS SO ORDERED.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge